UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angelique Hayes, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*<br><br>                Plaintiff,<br><br><br>Everywhere Car Service, Inc., Frunny Vrma, and Pal Winder Singh,<br><br><br>                Defendants. | Case No.: 1:22-cv-04832<br><br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel to the above-referenced parties, that the time for each of the defendants, Everywhere Car Service, Inc., Frunny Vrma, and Pal Winder Singh ("Defendants"), to answer, move, or otherwise appear and respond with respect to the Complaint ("Response") in the above-captioned action is hereby extended to and including November 5, 2022 ("Extension"). As required by Section I.E. of Your Honor's Individual Practices in Civil Cases, the parties stipulate that the notice of default is vacated. There have been no previous requests for an Extension, (as indicated below) the parties are in agreement with respect to the Extension, and the Extension does not affect any other dates in this case.

Dated:  October 4, 2022                Dated:        October 4, 2022
           New York, New York                          Brooklyn, New York

LEVIN-EPSTEIN & ASSOCIATES, P.C.          BRUCK LLP

By: /S/ Jason Mizrahi By YB with Authorization          By:/s/ Yair Bruck
           Jason Mizrahi, Esq.                          Yair Bruck, Esq.

60 East 42nd Street, Suite 4700          1207 East 34th Street
New York, New York 10165                 Brooklyn, New York 11210
(212) 792-0048 (telephone)               (212) 593-9090 (telephone)
Jason@levinepstein.com (e-mail)          (212) 644-6667 (facsimile)
                                         YB@Bruck LLP (e-mail)

*Attorneys for Plaintiff*                *Attorneys for Defendants*

**SO ORDERED,** this _____ day of October 2022, _____

                                         HON. BRIAN M. COGAN, U.S.D.J.